# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1968
LT Case No. 2023-DR-2176

_____

SCIROCCO SINGLETON,

Appellant,

v.

STEPHANIE NOONEY,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven Fahlgren, Judge.

Lester Makofka and Alexander Makofka, of Makofka Legal
Group, PLLC, Jacksonville, for Appellant.

No Appearance for Appellee.

May 24, 2024

PER CURIAM.

Appellant, Scirocco Singleton, appeals the Final Judgment of
Injunction for Protection Against Stalking (After Notice) entered
April 25, 2023, claiming insufficiency of evidence and due process
violations. This Court agrees that the petition was insufficient to
support an injunction for protection against stalking under section
785.045, Florida Statutes (2023), and we therefore reverse and
remand for the trial court to vacate the injunction. Because we

reverse on Singleton's first argument, we do not have to reach the merits of Singleton's second argument.

REVERSED and REMANDED with instructions to vacate the Final Judgment of Injunction for Protection Against Stalking (After Notice).

JAY, SOUD, and MACIVER, JJ., concur.

—————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————